**Dismissed and Memorandum Opinion filed October 19, 2017.**



In The

# Fourteenth Court of Appeals

### NO. 14-17-00661-CV

## CAREY J. CLEMONS-ALI, Appellant

### V.

## JEAN PAYNE, Appellee

**On Appeal from the 311th District Court
Harris County, Texas
Trial Court Cause No. 2015-57994**

## M E M O R A N D U M    O P I N I O N

This is an attempted appeal from a judgment signed August 9, 2016. No timely post-judgment motion was filed. Appellant's notice of appeal was filed August 8, 2017.

The notice of appeal must be filed within 30 days after the judgment is signed when appellant has not filed a timely post-judgment motion. *See* Tex. R. App. P. 26.1.

Appellant's notice of appeal was not filed timely. A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Texas Rule of Appellate Procedure 26.1, but within the 15-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617–18 (1997) (construing the predecessor to Rule 26). Appellant's notice of appeal was not filed within the 15-day period provided by Rule 26.3.

On September 25, 2017, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a). Appellant filed no response.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Boyce and Jewell.